# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| Plaintiff, ) | |
| ) | **8:10CR354** |
| vs. ) | |
| ) | **ORDER** |
| **CHARLES TOLES,** ) | |
| Defendant. ) | |

Defendant Charles Toles (Toles) appeared before the court on January 30, 2013, on the Petition for Warrant or Summons for Offender Under Supervision (Petition) (Filing No. 32). Toles was represented by Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Through his counsel, Toles waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Petition alleges probable cause and that Toles should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

The government moved for detention. Toles presented no evidence nor requested a detention hearing. Since it is Toles's burden under 18 U.S.C. § 3143 to establish by clear and convincing evidence that he is neither a flight risk nor a danger to the community, the court finds Toles has failed to carry his burden and that Toles should be detained pending a dispositional hearing before Chief Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 9:30 a.m. on March 7, 2013.** Defendant must be present in person.

2. Defendant Charles Toles is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 30th day of January, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge